UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROLYN NICOLET,

        Plaintiff,

v.

JO ANNE BARNHART, Commissioner, Social Security Administration,

        Defendant.

CASE NO. C05-5792RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on the Report and Recommendation of Judge KAREN L. STROMBOM, United States Magistrate Judge [Dkt. #4]. The Court has reviewed the Report and the underlying record, and does hereby find and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation [Dkt. #3];

    (2)    The Plaintiff's application to proceed *in forma pauperis* is DENIED, and Plaintiff shall have 30 days from the date of this Order to pay the filing fee ($250.00) or her Complaint will be dismissed;

    (3)    The Clerk is directed to send copies of this Order to the plaintiff at her last known address and to defendant's counsel and Magistrate Judge KAREN L. STROMBOM.

    DATED this 23rd day of February, 2006.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE