# United States District Court

WESTERN DISTRICT OF WASHINGTON

CAROLE NICOLET,
        Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5792RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred as described in the report;

The matter is therefore REVERSED and REMANDED to the Commissioner for further administrative proceedings.

March 12, 2007

BRUCE RIFKIN
    Clerk

/s/ Pat LeFrois
  Deputy Clerk