1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLYN NICOLET, | Civil No.  3:05-cv-5792-RBL |
| Plaintiff, | |
| vs. | PROPOSED ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7,462.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act,

28 U.S.C. § 2412 and costs in the amount of $37.87 will be awarded to Plaintiff pursuant to

28 U.S.C. § 1920.

DATED this 16th day of April, 2007.

_____

RONALD B. LEIGHTON

Page 1          PROPOSED ORDER - [3:05-cv-5792-RBL]

1

UNITED STATES DISTRICT JUDGE

2 Presented by:

3

4 s/ Joanne Dantonio
JOANNE DANTONIO

5 Special Assistant U.S. Attorney
Attorney for Defendant

6 701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075

7 Phone:  206-615-2730
Fax:     206-615-2531

8 joanne.dantonio@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Page 2          PROPOSED ORDER - [3:05-cv-5792-RBL]