# United States District Court

WESTERN DISTRICT OF WASHINGTON

CAROLYN NICOLET,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5792rBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based on the Stipulation of the parties, attorney fees in the amount of $7,462.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. & 2412 and costs in the amount of $37.87 will be awarded to Plaintiff pursuant to 28 U.S.C. & 1920.

April 18, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk